# Exhibit 1-2:

Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third party actions, interventions and all answers to such pleadings.

2011-69137 / Court: 281

Filed 11 November 15 P4:09
Chris Daniel - District Clerk
Harris County
ED101J016595058
By: Nelson Cuero

No. _____

| | | |
|---|---|---|
| VINMAR OVERSEAS, LTD., | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| OCEANCONNECT, LLC, | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT COURT |

### PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Vinmar Overseas, Ltd. ("Vinmar"), Plaintiff herein, files this Original Petition complaining of OceanConnect, LLC ("OceanConnect" or "Defendant"), Defendant, and would show as follows:

#### I.   Discovery Level

1.  This case will be a Level 3 case for discovery purposes.

#### II.   Parties, Jurisdiction and Venue

2.  Vinmar is a company registered in the Bahamas that maintains its principal place of business in Houston, Texas.

3.  OceanConnect is a Delaware limited liability company which maintains its principal place of business in White Plains, New York. OceanConnect transacts business within the State of Texas and may be served through its registered agent: National Corporate Research, Ltd., 800 Brazos, Suite 400, Austin, Texas 78701.

4.  Venue is proper in this Court since all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

1

4625050.1
39953.10

5.  Jurisdiction is proper in this Court since the damages sought exceed the minimum jurisdictional limits of this Court.

### III. Background Facts

6.  Vinmar is a company that markets and distributes fuels, chemicals and polymers worldwide.

7.  Vinmar purchased 4,126,852 Renewable Identification Number ("RINs") from OceanConnect. Vinmar paid for these RINs. Vinmar re-sold a number of these RINs to other companies. However, Vinmar subsequently learned that the RINs were fraudulently created and, thus, invalid. Accordingly, they had no value. By letter dated November 10, 2011, Vinmar made written demand upon OceanConnect to supply Vinmar with replacement RINs with valid 2010 or 2011 RIN numbers. However, despite such demand, OceanConnect has failed to supply Vinmar with valid RINs to replace the fraudulent RINs previously sold to Vinmar by OceanConnect.

### IV. First Cause of Action: Breach of Contract

8.  Paragraphs 1-7 are incorporated herein as if restated verbatim.

9.  In exchange for payment of an agreed upon amount, OceanConnect, agreed to provide Vinmar with an agreed upon number of valid RINs. Vinmar paid Defendant for these RINs which payment was received and accepted by Defendant. However, Defendant failed to deliver to Vinmar the agreed upon number of valid RINs. Accordingly, Defendant breached its contract with Vinmar which caused Vinmar to suffer damages in excess of the minimal jurisdictional limits of this Court.

2

## V. Second Cause of Action: Breach of Warranties

10. Paragraphs 1-9 are incorporated herein as if restated verbatim.

11. The transactions between Vinmar and Defendant referenced above involved the sale of goods. As such, the Defendant made various warranties to Vinmar under Article 2 of the Texas Business and Commerce Code (UCC). These warranties include the following:

    a. Warranty of good title (Tex. Bus. & Comm. Code §2.312);

    b. Implied warranty of fitness for a particular purpose (Tex. Bus. & Comm. Code §2.315); and

    c. Implied warranty of merchantability (Tex. Bus. & Comm. Code §2.314).

12. By failing to deliver valid RINs to Vinmar, the Defendant breached these warranties which caused damages to Vinmar in an amount in excess of the jurisdictional limits of this Court.

## VI. Third Cause of Action (Alternative Cause of Action): Recission

13. Paragraphs 1-12 are incorporated herein by reference.

14. Vinmar fulfilled all of its obligations under its contract with Defendant for the purchase of valid RINs. Defendant materially breached its contract with Vinmar when it delivered invalid RINs to Vinmar which had been fraudulently created prior to the transfer to Vinmar.

15. Vinmar is seeking to rescind its contract with Defendant and is further seeking a return of its purchase price paid.

## VII. Fourth Cause of Action: Attorneys' Fees

16. Paragraphs 1-15 are incorporated herein as if restated verbatim.

4625050.1
39953.10

Certified Document Number: 50559738 - Page 3 of 5

17.     By letter dated November 10, 2011, Vinmar made a written demand upon the Defendant to provide it with valid replacement RINs. Despite such written demand, Defendant failed to deliver the valid RINs to Vinmar. Vinmar therefore seeks to recover its reasonable attorneys' fees and costs from Defendant under Chapter 38 of the Texas Civil Practice and Remedies Code.

### VIII.   All Conditions Precedent Have Been Fulfilled

18.     All conditions precedent have been fulfilled or have otherwise occurred.

### IX.   Prayer

WHEREFORE, PREMISES CONSIDERED, Vinmar Overseas, Ltd., Plaintiff, respectfully requests that OceanConnect, LLC., be cited to appear and answer and that, upon trial, that a judgment be entered in favor of Vinmar Overseas, Ltd. for the following:

a. Its actual damages;

b. Pre- and post-judgment interest as allowed by law;

c. Its reasonable attorneys' fees;

d. Costs of court; and

e. Such other and further relief to which Plaintiff may show itself to be entitled.

Certified Document Number: 50559738 - Page 5 of 5

Respectfully submitted,

**BROWN MCCARROLL, LLP**

111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:  (512) 479-1148
Facsimile:    (512) 226-7325

By: /s/ *Stephen W. Lemmon*
Stephen Lemmon
TBA No. 12194500
Bradley W. Cole
TBA No. 04535980

**Attorneys for Plaintiff**

4625050.1
39953.10



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 7, 2011

Certified Document Number:      50559738

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 2011-69137   COURT *(FOR CLERK USE ONLY)*:

Filed 12 November 16 A10:46
Chris Daniel - District Clerk
Harris County
ED101J016596092
By: Wanda Chambers

STYLED: Vinmar Overseas, Ltd. v. OceanConnect LLC
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Brad Cole  Email: bcole@rab-law.com | Plaintiff(s)/Petitioner(s): Vinmar Overseas, Ltd. | ☒ Attorney for Plaintiff/Petitioner  ☐ Pro Se Plaintiff/Petitioner  ☐ Title IV-D Agency  ☐ Other: |
| Address: 111 Congress Ave, Ste 1400  Telephone: (512) 479-1148 | Defendant(s)/Respondent(s): OceanConnect LLC | Additional Parties in Child Support Case:  Custodial Parent: |
| City/State/Zip: Austin, TX 78701  Fax: (512) 226-7325 | | Non-Custodial Parent: |
| Signature: /s/ Brad Cole  State Bar No: 04535980 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

### Civil

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☒ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:

- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:

- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

**3. Indicate procedure or remedy, if applicable (may select more than 1):**
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 7, 2011

Certified Document Number:      50567034

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**