IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINMAR OVERSEAS, LTD. and VITOL INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-4311 Consolidated with Civ. A. No. H-11-4629 |
| OCEANCONNECT, LLC, | § § | |
| Defendant, | § § | |
| and | § § | |
| CLEAN GREEN FUELS, LLC, RODNEY R. HAILEY, ABSOLUTE FUELS, LLC, JEFFREY DAVID GUNSELMAN, GREEN DIESEL, LLC, UNITED STATES OF AMERICA, by and through the U.S. ENVIRONMENTAL PROTECTION AGENCY, and LISA P. JACKSON, in her official capacity as Administrator of the U.S. Environmental Protection Agency, | § § § § § § § § § § § § | |
| Third-Party Defendants. | § | |

# ORDER

A premotion conference in this consolidated action is scheduled for Wednesday, **August 1, 2012 at 9:00 a.m.** in Courtroom 11-B. This conference was scheduled to discuss a potential motion by the United States, a third-party defendant in this action, to stay all discovery pending resolution of the United States's motion to dismiss the third-party claim against it. (*See* Docket Entry No. 43).

Also pending in this action are two motions from No. H-11-4629: OceanConnect's motion to dismiss, stay the proceedings, or for a more definite statement, (Docket Entry No. 2); and Vitol's

motion to remand, (Docket Entry No. 12).  With respect to Vitol's motion to remand, this court recently issued a memorandum order granting a plaintiff's motion to remand in a similar commercial dispute involving Renewable Identification Numbers.  *See NIC Holding Corp. v. Green Diesel LLC*, Civ. A. No. H-12-0579, slip op. (S.D. Tex. June 29, 2012).  That memorandum order is attached as an appendix to this order.  For the August 1 hearing, the parties should come prepared to discuss the effect of that order on the remand motion in this case.

    SIGNED on July 30, 2012, at Houston, Texas.

                     Lee H. Rosenthal
                     United States District Judge