**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VINMAR OVERSEAS, LTD. and | § | |
| VITOL INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-4311 |
| | § | Consolidated with Civ. A. No. H-11-4629 |
| OCEANCONNECT, LLC, | § | |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| CLEAN GREEN FUELS, LLC, | § | |
| RODNEY R. HAILEY, ABSOLUTE | § | |
| FUELS, LLC, JEFFREY DAVID | § | |
| GUNSELMAN, GREEN DIESEL, LLC, | § | |
| UNITED STATES OF AMERICA, by and | § | |
| through the U.S. ENVIRONMENTAL | § | |
| PROTECTION AGENCY, and LISA P. | § | |
| JACKSON, in her official capacity as | § | |
| Administrator of the U.S. Environmental | § | |
| Protection Agency, | § | |
| | § | |
| Third-Party Defendants. | | |

## ORDER

In accordance with this court's Memorandum and Order of today's date, Civil Action No.

H-11-4629—*Vitol Inc. v. Oceanconnect, LLC*—is severed and returned to that case number.

SIGNED on August 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge